# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GUILLERMO QUINONES
REG. #22965-004                                                                        PETITIONER

VS.                              2:11CV00122 JMM/JTR

ANTHONY HAYNES, Warden,
FCI Forrest City                                                                       RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Respondent.

Dated this 15th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE